IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ ARROYO ARROYO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAIME BARLUCEA MALDONADO, as Mayor of the Municipality of Adjuntas, et al., <br><br> Defendants. | CIVIL NO. 06-1352 (JP) |

**FINAL JUDGMENT**

    The parties hereto have informed the Court that this case has been settled.  Pursuant thereto, the Court **ENTERS JUDGMENT FOR THE PLAINTIFFS AND AGAINST ALL DEFENDANTS** to pay the plaintiffs the sum of TWO HUNDRED AND SEVENTY FIVE THOUSAND DOLLARS ($275,000.00), to be divided amongst the twenty-nine plaintiffs in equal parts.

    This judgment is a release from all causes of action in the Complaint and all causes of action that could follow from the facts stated therein.

    This judgment is entered without the imposition of costs or attorney's fees.

    **IT IS SO ORDERED AND ADJUDGED**.

    In San Juan, Puerto Rico, this 11th day of September, 2006.


                                                             s/Jaime Pieras, Jr.
                                                              JAIME PIERAS, JR.
                                                U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| s/Israel Roldán-González | s/Rafael García-Ortega |
|---|---|
| ISRAEL ROLDÁN-GONZÁLEZ, ESQ. <br> Attorney for Plaintiffs | RAFAEL GARCÍA-ORTEGA, ESQ. <br> Attorney for Defendant |

| s/Jaime Barlucea-Maldonado |
|---|
| HON. JAIME BARLUCEA-MALDONADO <br> Mayor of the Municipality of Adjuntas |